rec: 72312
Ck#: 113

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**YOUNGSTOWN DIVISION**

| | |
|---|---|
| In the matter of | Case No. **09-44728-KW** |
| **JAMES SEACREST, Jr.** | |
| **HEATHER SEACREST** | Chapter 7 |
| Debtor(s) | Judge **KAY WOODS** |

FILED 2010 JUL 13 AM 10:03 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO YOUNGSTOWN

### NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT**

The attached check in the amount of $3.60_____ represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| OHIO EDISON COMPANY | 11 | $3.60 |
| Total Unclaimed/ Small Dividends $25.00 or under | | $3.60 |
| Total Unclaimed Dividends Over $25.00 | | $0.00 |

Dated: 7/9/2010

/s/ ANDREW W. SUHAR
ANDREW W. SUHAR, Trustee, Reg. No. 0058419
29 E. FRONT STREET, P.O. BOX 1497
YOUNGSTOWN, OH 44501
Telephone: (330) 744-9007
Facsimile: (330) 744-5857